# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR SASCO MORTGAGE LOAN TRUST 2004-GE13, | :<br>:   CIVIL ACTION NO. 3:16-0940<br>:<br>:         (JUDGE MANNION) |
| Plaintiff | : |
| v. | : |
| DARIUS WOODLEY and MOLITA WOODLEY, 41 pheasant Road a/k/a 452 Pheasant Road, Saylorsburg, PA 18353-9350, | :<br>:<br>:<br>: |
| Defendants | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion to proceed *in forma pauperis*, **(Doc. 2)**, is **GRANTED**;

**(2)** the defendants' motion to stay sale, **(Doc. 3)**, is **DENIED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 31, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0940-01-ORDER.wpd